McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER LEE NONAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Mag. No. S-07-0268 DAD <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Joseph Wiseman, Esq., counsel for defendant CHRISTOPHER LEE NONAN, that good cause exists to extend the preliminary hearing currently set for Friday, September 28, 2007, at 2:00 p.m. to Friday, October 5, 2007, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the first request by the parties for an extension of time for the preliminary hearing.

   Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against the defendant.  The parties are engaging in

1

preliminary discussions and believe that a resolution may be possible.  Both counsel believe a resolution on this case may occur within the next two weeks.

Counsel further stipulate that an exclusion of time from now until Friday, October 5, 2007, is appropriate under the Speedy Trial Act because the government will be producing discovery to counsel for the defendant and defense counsel needs time to review the material and discuss the discovery and its implications with the defendant.  Discovery has not yet been provided because the case agent for this investigation was detailed to provide security for the United Nations opening ceremonies in New York City from Saturday, September 22, 2007 through Saturday, September 29, 2007.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case once discovery is provided.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 26, 2007         /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney

Dated: September 26, 2007         /s/ Joseph Wiseman
                                  JOSEPH WISEMAN
                                  Counsel for the defendant

ORDER

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, September 28, 2007, at 2:00 p.m., to Friday, October 5, 2007, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, October 5, 2007.

IT IS SO ORDERED.

Date: 9/27/07          /s/ Gregory G. Hollows
                       _____
                       UNITED STATES MAGISTRATE JUDGE


                            nonan.ord