1 McGREGOR W. SCOTT
United States Attorney
2 KYLE REARDON
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  ) Cr. S-07-MJ-0268 DAD
12          Plaintiff,            )
                                  ) GOVERNMENT'S MOTION TO DISMISS
13      v.                        ) COMPLAINT AND ORDER
                                  )
14 CHRISTOPHER LEE NONAN,         )
                                  )
15          Defendant.            )
                                  )
16 _____

17     Plaintiff, the United States of America, by and through its

18 undersigned attorneys, hereby applies to the Court, pursuant to

19 Rule 48(a) of the Federal Rules of Criminal Procedure, for leave

20 to dismiss without prejudice the Complaint filed on August 23,

21 2007, as to defendant Christopher Lee Nonan.

22  Dated: October 4, 2007          McGREGOR W. SCOTT
                                    United States Attorney
23

24

25                            By:   /s/Kyle Reardon
                                    KYLE REARDON
26                                  Assistant U.S. Attorney

27

28

1

1                          O R D E R

2       Upon Application of the United States and good cause

3   appearing therefore:   IT IS HEREBY ORDERED that the Complaint

4   filed on August 23, 2007, against defendant Christopher Lee

5   Nonan, in the above-captioned case is dismissed without

6   prejudice.

7   Dated:   October 4, 2007.

8                          _____
                           U.S. MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                               2